WILLIAM B. VAN DEUSEN, Appellant, *v.* THE LAKE SHORE AND MICHIGAN SOUTHERN RAILWAY COMPANY, Respondent.

(Argued October 30, 1890; decided December 2, 1890.)

APPEAL from judgment of the General Term of the Supreme Court in the fourth judicial department, entered upon an order made November 15, 1887, which affirmed a judgment in favor of defendant entered upon a decision of the court on trial without a jury, and affirmed an order denying a motion for a new trial.

*William B. Fuller* for appellant.

*James Fraser Gluck* for respondent.

Agree to affirm; no opinion.

All concur, except FOLLETT, Ch. J., and HAIGHT, J., not sitting.

Judgment affirmed. ————